AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| EDGAR MACIAS-LOBOS, | ) | Case No.  19-8190-DLB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED BY  SP  D.C.

MAY 0 8 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 5, 2019 _____ in the county of _____ Palm Beach _____ in the
_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, United States Code, Section 1326(a) and (b)(1) | Illegal re-entry after prior deportation. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

`

_____
*Complainant's signature*

Andy Korzen, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____ 5-8-2019 ____

_____
*Judge's signature*

City and state: _____ West Palm Beach, Florida _____

Dave Lee Brannon, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over fifteen years.  I am currently assigned to the Homeland Security Investigations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States.  I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge, as well as, information provided to me by other law enforcement officers.  This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to believe that Edgar MACIAS-LOBOS has committed the criminal offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3.      On or about May 5, 2019, Edgar MACIAS-LOBOS was arrested in Palm Beach County, Florida on a charge of driving under the influence. He was booked and detained at the Palm Beach County Jail.  Upon booking, his fingerprints were entered into the IAFIS system which resulted in a positive match for an individual who had been previously removed from United States, that is, Edgar MACIAS-LOBOS.

1

4.     A review of the immigration alien file shows that Edgar MACIAS-LOBOS is a native and citizen of Honduras.  Records further show that on or about May 26, 2009, Edgar MACIAS-LOBOS was ordered removed. The Order of Removal was executed on or about June 30, 2009, whereby Edgar MACIAS-LOBOS was removed from the United States and returned to Honduras.

5.     Further review of the records show that on or about August 31, 2007, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Edgar MACIAS-LOBOS was convicted of the felony offense of possession of cocaine in Case Number F07-027633.

6.     Additional records show that on or about March 30, 2009, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Edgar MACIAS-LOBOS was convicted of the felony offenses of grand theft of a vehicle and fleeing and eluding a police officer in Case Number F08-044740.

7.     I scanned Edgar MACIAS-LOBOS's fingerprints taken in connection with his May 5, 2019, arrest in Palm Beach County into the IAFIS system. Results confirmed that the scanned fingerprints belong to the individual who was previously removed from the United States, that is, Edgar MACIAS-LOBOS.

8.     I performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Edgar MACIAS-LOBOS filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Edgar MACIAS-LOBOS obtained consent from the

Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9.      Based on the foregoing, I respectfully submit that probable cause exists to believe that, on or about May 5, 2019, Edgar MACIAS-LOBOS, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).


_____
Andy Korzen
Task Force Officer
Homeland Security Investigations


Subscribed and sworn to before me
this   8   day of May 2019.


_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **EDGAR MACIAS-LOBOS**

**Case No.:**   19-8190-DLB

Count #:   1

 Illegal re-entry after prior deportation.

 Title 8, United States Code, Section 1326(a) and (b)(1)

**\* Max.Penalty**:                 10 years imprisonment; 3 years supervised release; $250,000 fine.

\*   **Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.:  19-8190-DLB

UNITED STATES OF AMERICA

       Plaintiff,

vs.

EDGAR MACIAS-LOBOS,

       Defendant.

_____/

## CRIMINAL COVER SHEET

1.      Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  ___X___ No

2.      Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  ___X___ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:    _____
JENNIFER C. NUCCI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 171700
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 805-9846
Email: Jennifer.Nucci@usdoj.gov